

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LUIS CASTRUITA, | § | No. 08-16-00030-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02055) |
| | § | |

**O R D E R**

On April 28, 2016, the Court received and filed the supplemental clerk's record as requested in its order issued April 26, 2016. The appeal is therefore reinstated.

IT IS SO ORDERED this 2nd day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.